UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

TASHA TUGMAN,

        Plaintiff,

    v.

COMMISSIONER OF SOCIAL
SECURITY,

        Defendant.

Case No. 26-cv-04694-NW

**REFERRAL FOR PURPOSE OF
DETERMINING RELATIONSHIP**

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED, to the Honorable Jon S. Tigar for consideration of whether the case is related to *Tugman v. O'Malley*, 24-cv-01597-JST.

**IT IS SO ORDERED.**

Dated: June 8, 2026

_____
Noël Wise
United States District Judge